

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-69,968-04

### IN RE CHRISTOPHER WAYNE SEMIER, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 666952, 667063 & 667137 IN THE 337TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

**O R D E R**

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he attempted to file applications for writs of habeas corpus in Harris County and Respondent, the District Clerk of Harris County, has repeatedly returned his applications to him without filing them.

Respondent shall respond and state whether her office has received habeas applications in these causes. If so, Respondent shall state when the applications were received, whether the applications were returned to Relator, and, if so, why they were returned to him and not filed. This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: December 9, 2020
Do not publish